UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KERRY SNOW, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No: 1:15-cv-01750-TWP-TAB |
| | ) |
| DUSHAN ZATECKY, | ) |
| | ) |
| Respondent. | ) |

**Entry Again Directing Further Proceedings**

**I.**

Kerry Snow seeks a writ of habeas corpus invalidating his 2009 Howard County conviction of dealing in cocaine. The petitioner's direct appeal was decided in *Snow v. State*, 927 N.E.2d 968 (Ind.Ct.App. 2010), and one of the two claims presented in that appeal is renewed here, along with several other claims which are presented in the pending action for post-conviction relief in the trial court.

"A state prisoner . . . may obtain federal habeas review of his claim only if he has exhausted his state remedies and avoided procedurally defaulting his claim." *Thomas v. McCaughtry,* 201 F.3d 995, 999 (7th Cir. 2000).

Snow shall have **through March 15, 2016** in which (1) state the date on which his action for post-conviction relief was filed, (2) describe the status of his action for post-conviction relief in the Indiana state courts, and (3) explain why the habeas action should not be dismissed without prejudice as having been filed before the complete exhaustion of the remedies available to the petitioner in the Indiana state courts.

IT IS SO ORDERED.

Date: 2/9/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KERRY SNOW
911130
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064